Roberta S. Savage (SBN 202940)
221 G Street, Suite 207
Davis, CA 95616
tel (530) 753-4497
fax (530) 753-4498

Attorney for
J.N.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.N., a minor, By and Through T.N., His Guardian Ad Litem, | CASE NO.   C05-01191 WBS DAD |
| Plaintiff, | STIPULATION RE: DISMISSAL AND ORDER OF DISMISSAL |
| v. | |
| DAVIS JOINT UNIFIED SCHOOL DISTRICT and YOLO COUNTY OFFICE OF EDUCATION, Defendants. | |

The parties stipulate that pursuant to the settlement agreement entered into in conjunction with the settlement conference held in front of Magistrate Judge Drozd on October 20, 2005, Plaintiff will dismiss this matter with prejudice. Defendant, Davis Joint Unified School District filed said agreement under seal with this Court on December 16, 2005.

Respectfully Submitted,

ROBERTA S. SAVAGE

Attorney for Plaintiff

Dated: January 12, 2006      /Roberta S. Savage/

Roberta S. Savage

| | |
|---|---|
| 1 | LOZANO SMITH |
| 2 | Attorneys for Defendant District |
| 3 | |
| 4  Dated: January 5, 2006 | /Jan Tomsky/ |
| 5 | Jan Tomsky |
| 6 | |
| 7 | ATKINSON, ANDELSON, LOYA, ROMO & RUUD |
| 8 | Attorneys for Defendant County |
| 9 | |
| 10 | |
| 11  Dated: January 12, 2006 | /Sherianne Laba/ |
| 12 | Sherianne Laba |

**ORDER**

Based upon the stipulations of the parties and the settlement agreement filed with this Court on December 16, 2005, the Court dismisses this matter with prejudice,

IT IS SO ORDERED.

Dated:  January 12, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28